IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sipp, Michael | Case Number: 07 B 06229 |
|---|---|---|
| | Sipp, Cynthia M | Judge: Wedoff, Eugene R |
| | Printed: 6/10/08 | Filed: 4/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 1, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,913.10 |  |
| Secured: |  | 6,431.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 68.44 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 485.20 |
| Other Funds: |  | 927.50 |
| Totals: | 9,913.10 | 9,913.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Burns & Wincek, Ltd. | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 6,360.13 | 5,482.35 |
| 4. | CitiMortgage Inc | Secured | 25,000.00 | 949.61 |
| 5. | Cook County Department of Rev | Priority | 68.44 | 68.44 |
| 6. | Cook County Department of Rev | Unsecured | 46.19 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,080.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 508.47 | 0.00 |
| 9. | Timothy K Liou | Unsecured | 362.40 | 0.00 |
| 10. | Nicor Gas | Unsecured | 4,543.02 | 0.00 |
| 11. | Silverleaf Resorts Inc | Unsecured | 688.33 | 0.00 |
| 12. | Citizens Automotive Finance | Secured | | No Claim Filed |
| 13. | State of Illinois | Priority | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Blockbuster Video | Unsecured | | No Claim Filed |
| 17. | Emergency Healthcare Physicians | Unsecured | | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 21. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 22. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 23. | Palmer And Reisler | Unsecured | | No Claim Filed |
| 24. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 25. | AFNI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sipp, Michael  
Sipp, Cynthia M  
Printed: 6/10/08

Case Number: 07 B 06229  
Judge: Wedoff, Eugene R  
Filed: 4/6/07

| | | | | |
|---|---|---|---|---|
| 26. | Payday Loan | Unsecured | | No Claim Filed |
| 27. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 28. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 29. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 30. | TRS Services | Unsecured | | No Claim Filed |

$ 40,656.98     $ 8,500.40

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 485.20 |

$ 485.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_